IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Ajzn, Inc.

    Plaintiff

v.

Donald Yu, et al.

    Defendants.

Case No. 5:12-cv-03348-LHK

(Proposed)
ORDER GRANTING APPLICATION OF BENJAMIN G. STEWART FOR ADMISSION OF ATTORNEY PRO HAC VICE

Benjamin G. Stewart, of the law firm of Keating Muething & Klekamp, PLL, whose business address and telephone number is One East Fourth Street, Suite 1400, Cincinnati, Ohio 45202, (513) 579-6400, and who is an active member in good standing of the bar of the State of Ohio and State of Illinois, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants Donald Yu, Aerielle, LLC, Great American Life Insurance Company, Aerielle Technologies, Inc., Aerielle Acquisitions Corporation, and Aerielle LP Holdings, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 21, 2012

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Court Judge

4527821.1