William L. Marchant, State Bar No. 154445
MCKENNA LONG & ALDRIDGE LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail:    wmarchant@mckennalong.com

KEATING MUETHING & KLEKAMP PLL
Jamie M. Ramsey, *admitted Pro Hac Vice*
Benjamin G. Stewart, *admitted Pro Hac Vice*
Suite 1400
One East Fourth Street
Cincinnati, OH 45202
Telephone: 513.579.6400
Facsimile: 513.579.6457
jramsey@kmklaw.com
bgstewart@kmklaw.com

*Attorneys for Defendants Donald Yu, Aerielle, LLC, Great American Life Insurance Company, Aerielle Technologies, Inc., Aerielle Acquisitions Corporation, Aerielle LP Holdings, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJZN, INC. f/k/a AERIELLE, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DONALD YU; and individual; AERIELLE, LLC, a Delaware limited liability company; GREAT AMERICAN LIFE INSURANCE COMPANY, an Ohio corporation; AERIELLE TECHNOLOGIES, INC.; a California corporation; AERIELLE ACQUISITIONS CORPORATION; a Delaware corporation; AERIELLE IP HOLDINGS, LLC, an Ohio limited liability company; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. CV 12 3348 LHK<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE FOR RULE 26 CONFERENCE UNTIL AFTER HEARING ON MOTION TO DISMISS OR TRANSFER CASE**<br><br>Complaint Filed:　　　June 28, 2012 |

The parties agree to the following:

WHEREAS, Defendants have filed a motion to dismiss or transfer this case to a different court and the parties have submitted their respective briefs on that motion; and

WHEREAS, the court set the hearing for that motion for January 10, 2013, at 1:30 p.m.; and

WHEREAS, the court has also scheduled the initial Case Management Conference for the same date and time, and

WHEREAS, pursuant to Rule 26 and Local Rule 16-9, the parties are required to meet and confer regarding discovery, provide their initial Rule 26 disclosures, and jointly file a Rule 26(f) Report and Civil Case Management Statement, prior to the initial Case Management Conference; and

WHEREAS, the parties have met and conferred about scheduling in this matter and are in agreement that it is in both parties' interest to wait until they know the result of the Motion to Dismiss or Transfer before engaging in the Rule 26 meet and confer process and filing the required joint report and Case Management Statement;

THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

The parties stipulate that (1) they will hold their Rule 26(f) conference within two weeks after the court rules on the pending Motion to Dismiss or Transfer, at which time they will schedule a time

///

for the deadline for their Rule 26 initial disclosures; (2) they will jointly file any documents required by Rule 26 and the Local Rules one week after their Rule 26(f) conference; and (3) the Case Management Conference should be continued for 30 days.

DATED: December 28, 2012          O'NEIL LLP

By: _____
Lawrence J. Hilton
Jennifer Sun
Attorneys for Plaintiff

DATED: December 28, 2012          MCKENNA LONG & ALDRIDGE LLP

By: _____
William L. Marchant
Attorneys for Defendants

IT IS SO ORDERED. The Case Management Conference is continued from January 10, 2013 at 1:30 p.m., to ~~February~~ March 20, 2013 at 2:00 ~~a.m.~~/p.m.

DATED: _____, ~~2012~~
January 1, 2013

By: _____
Hon. Lucy Koh
United States District Court Judge

Case No. CV 12 3348 LHK
Stipulation and Order